IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CR260 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JEREMY TRAUSCH, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motions for an extension of time by defendant Jeremy Trausch (Trausch) (Filing No. 11). Trausch seeks an extension of time in which to file pretrial motions pursuant to paragraph 3 of the progression order (Filing No. 9). For good cause shown, the motion will be granted.

**IT IS ORDERED:**

1. Defendant Trausch's motion for an extension of time (Filing No. 11) is granted. Defendant Trausch is given until **on or before August 5, 2005,** in which to file pretrial motions pursuant to the progression order (Filing No. 9). The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **July 22, 2005 and August 5, 2005**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

2. The tentative setting of an evidentiary hearing for 1:30 p.m. on July 29, 2005, is **canceled** and will be re-scheduled in the event any pretrial motions are filed in accordance with this order.

DATED this 22nd day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge