IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR260 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| JEREMY TRAUSCH, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 22nd day of December, 2005, on the Motion of the Defendant for an order to seal document. (Filing No. 25)

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the document named in Defendant's Motion to Seal shall be filed under seal.

BY THE COURT:

Date: December 22, 2005         s/ Joseph F. Bataillon
                                U.S. District Court Judge